UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:  
DENNIS JAMES HOMMAN  
STEPHANIE MARIE HOMMAN  
             Debtor(s).

CASE NO. 09-34529  
CHAPTER 7

**PRELIMINARY INVENTORY REPORT**
**AND REQUEST FOR NOTICE TO CREDITORS**

    COMES NOW, J. Richard Ransel, Chapter 7 Trustee, and respectfully shows to the Court as follows:

    1. That I am the Trustee for the above-captioned Debtor(s).

    2. That as Trustee, I have constructively taken possession of the proceeds of the debtor's tax refund and adopt the same as my preliminary inventory. Further that this asset equals a total of $5,017.00 and I now have that amount on hand.

    3. The above monies were deposited in a certain account at The Bank of New York Mellon.

    4. Pursuant to Federal Rule of Bankruptcy Procedure 3002 (c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

    /s/ J. Richard Ransel  
    J. Richard Ransel  
    THORNE•GRODNIK, LLP  
    228 West High Street  
    Elkhart, IN 46516  
    (574) 294-7473  
    jransel@tglaw.us

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and complete copy of the above and foregoing Preliminary Inventory Report and Request for Notice to Creditors was served upon the following on May 19, 2010, via electronic transmission:

Alex Edgar, Assistant U.S. Trustee  
555 One Michiana Square Building  
100 East Wayne  
South Bend, IN 46601

    /s/ J. Richard Ransel  
    J. Richard Ransel