# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| In re: HOMMAN, DENNIS JAMES § | Case No. 09-34529 |
| HOMMAN, STEPHANIE MARIE § | |
| § | |
| Debtor(s) MICHAELIS, STEPHANIE MARIE § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 22, 2009.  The undersigned trustee was appointed on September 22, 2009.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          5,017.65

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 942.20 |
| Exemptions paid to the debtor | 1,652.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 2,423.45 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/19/2010 and the deadline for filing governmental claims was 08/19/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $605.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $605.86, for a total compensation of $605.86.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $13.42, for total expenses of $13.42.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/11/2010          By: /s/J. RICHARD RANSEL
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-34529  
**Case Name:** HOMMAN, DENNIS JAMES  
HOMMAN, STEPHANIE MARIE  
**Period Ending:** 10/11/10

**Trustee:** (520206) J. RICHARD RANSEL  
**Filed (f) or Converted (c):** 09/22/09 (f)  
**§341(a) Meeting Date:** 10/20/09  
**Claims Bar Date:** 08/19/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | residence | 80,500.00 | 10,500.00 | DA | 0.00 | FA |
| 2 | cash on debtors | 50.00 | 50.00 | DA | 0.00 | FA |
| 3 | fifth third bank checking and savings | 235.96 | 235.96 | DA | 0.00 | FA |
| 4 | Misc household goods and furnishings | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5 | Genworth Financial #2427529 Spendtrift trust | Unknown | 0.00 | DA | 0.00 | FA |
| 6 | Earned income tax return | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | 2000 Pontiac Grand Am 68000 miles | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 8 | 1999 Buick Century 50000 | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 9 | Misc clothing | 100.00 | 100.00 | DA | 0.00 | FA |
| 10 | 2009 tax refund (u) | 5,017.00 | 5,017.00 | | 5,017.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.65 | Unknown |
| **11** | **Assets Totals** (Excluding unknown values) | **$95,902.96** | **$25,902.96** | | **$5,017.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

taxes. annuity.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2010      **Current Projected Date Of Final Report (TFR):**  December 31, 2010

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-34529  
**Case Name:** HOMMAN, DENNIS JAMES  
HOMMAN, STEPHANIE MARIE  
**Taxpayer ID #:** **-***3874  
**Period Ending:** 10/11/10

**Trustee:** J. RICHARD RANSEL (520206)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******77-65 - Money Market Account  
**Blanket Bond:** $119,058,075.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/17/10 | {10} | United States Treasury | 2009 tax refund | 1224-000 | 5,017.00 | | 5,017.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 5,017.13 |
| 06/10/10 | 1001 | Dennis and Stephanie Homman | return of earned income credit | 8100-002 | | 1,652.00 | 3,365.13 |
| 06/10/10 | 1002 | Dennis and Stephanie Homman | return of 28% of tax refund | 8500-002 | | 942.20 | 2,422.93 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 2,423.17 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,423.31 |
| 08/30/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.14 | | 2,423.45 |
| 08/30/10 | | To Account #9200******7766 | preparation for trustee's final report | 9999-000 | | 2,423.45 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 5,017.65 | 5,017.65   $0.00 |
| Less: Bank Transfers | 0.00 | 2,423.45 |
| **Subtotal** | 5,017.65 | 2,594.20 |
| Less: Payments to Debtors | | 1,652.00 |
| **NET Receipts / Disbursements** | **$5,017.65** | **$942.20** |

{} Asset reference(s)

Printed: 10/11/2010 09:21 AM    V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-34529 | **Trustee:** | J. RICHARD RANSEL (520206) |
|---|---|---|---|
| **Case Name:** | HOMMAN, DENNIS JAMES | **Bank Name:** | The Bank of New York Mellon |
| | HOMMAN, STEPHANIE MARIE | **Account:** | 9200-******77-66 - Checking Account |
| **Taxpayer ID #:** | **-***3874 | **Blanket Bond:** | $119,058,075.00  (per case limit) |
| **Period Ending:** | 10/11/10 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/10 | | From Account #9200******7765 | preparation for trustee's final report | 9999-000 | 2,423.45 | | 2,423.45 |
| | | | **ACCOUNT TOTALS** | | 2,423.45 | 0.00 | $2,423.45 |
| | | | Less: Bank Transfers | | 2,423.45 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
          Net Receipts :        5,017.65
  Less Payments to Debtor :     1,652.00
Less Other Noncompensable Items :  942.20
                               _____
               Net Estate :    $2,423.45
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******77-65** | 5,017.65 | 942.20 | 0.00 |
| **Checking # 9200-******77-66** | 0.00 | 0.00 | 2,423.45 |
| | $5,017.65 | $942.20 | $2,423.45 |

{} Asset reference(s)   Printed: 10/11/2010 09:21 AM   V.12.54

Printed: 10/11/10 09:22 AM

# Claims Distribution Register

Page: 1

Case:  09-34529    HOMMAN, DENNIS JAMES

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 1 | 05/27/10 | 100 | Lake City Bank<br>P.O. Box 1387<br>Warsaw, IN 46581<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>Disallowed in full per Court Order dated 10/4/10. | 73,917.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:    0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 09/22/09 | 200 | J. RICHARD RANSEL<br>228 WEST HIGH STREET<br>ELKHART, IN 46516<br><2100-00   Trustee Compensation> | 605.86 | 605.86 | 0.00 | 605.86 | 605.86 |
| | 09/22/09 | 200 | J. RICHARD RANSEL<br>228 WEST HIGH STREET<br>ELKHART, IN 46516<br><2200-00   Trustee Expenses> | 13.42 | 13.42 | 0.00 | 13.42 | 13.42 |
| | | | **Total for Priority 200:    100% Paid** | $619.28 | $619.28 | $0.00 | $619.28 | $619.28 |
| | | | **Total for Admin Ch. 7 Claims:** | $619.28 | $619.28 | $0.00 | $619.28 | $619.28 |
| **Unsecured Claims:** | | | | | | | | |
| 2 | 07/01/10 | 610 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197<br><7100-00   General Unsecured § 726(a)(2)> | 7,864.95 | 7,864.95 | 0.00 | 7,864.95 | 1,804.17 |
| | | | **Priority 610:    22.93937% Paid** | | | | | |
| | | | **Total for Case :** | $82,402.19 | $8,484.23 | $0.00 | $8,484.23 | $2,423.45 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-34529
Case Name: HOMMAN, DENNIS JAMES
Trustee Name: J. RICHARD RANSEL

**Balance on hand:**   $       2,423.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:   $       0.00
Remaining balance:   $       2,423.45

**UST Form 101-7-TFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - J. RICHARD RANSEL | 605.86 | 0.00 | 605.86 |
| Trustee, Expenses - J. RICHARD RANSEL | 13.42 | 0.00 | 13.42 |

|   |   |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 619.28 |
| Remaining balance: | $ 1,804.17 |

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 1,804.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 7,864.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | First National Bank of Omaha | 7,864.95 | 0.00 | 1,804.17 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,804.17 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**