UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re: HOMMAN, DENNIS JAMES | § Case No. 09-34529-HCD |
| HOMMAN, STEPHANIE MARIE | § |
| | § |
| Debtor(s) MICHAELIS, STEPHANIE MARIE | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that J. RICHARD RANSEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court
   401 South Michigan Street
   South Bend, IN  46601

Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection with the Clerk of the U. S.
Bankruptcy Court for the Northern District of Indiana within 21 days from the date of this notice, said date being November 8, 2010, serve a copy of the objection upon the trustee, any party whose application is being challenged, and the United States Trustee. If a written objection is timely filed, the matter may be set for hearing upon further notice as the Court's calendar permits. If no objections are filed, the Court will act on the fee application, and the trustee may pay dividends pursuant to FRBP 3009 without further hearing or order of the Court.

   Date Mailed:  10/18/2010            By:  /s/J. RICHARD RANSEL
                                              Trustee

J. RICHARD RANSEL
228 WEST HIGH STREET
ELKHART, IN  46516
(574) 294-7473

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re: HOMMAN, DENNIS JAMES | § | Case No. 09-34529-HCD |
| HOMMAN, STEPHANIE MARIE | § | |
| | § | |
| Debtor(s) MICHAELIS, STEPHANIE MARIE | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,017.65 |
| *and approved disbursements of* | $ 2,594.20 |
| *leaving a balance on hand of* [1] | $ 2,423.45 |
| **Balance on hand:** | $ 2,423.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 2,423.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - J. RICHARD RANSEL | 605.86 | 0.00 | 605.86 |
| Trustee, Expenses - J. RICHARD RANSEL | 13.42 | 0.00 | 13.42 |

Total to be paid for chapter 7 administration expenses: $ 619.28
Remaining balance: $ 1,804.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| N/A | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,804.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,864.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | First National Bank of Omaha | 7,864.95 | 0.00 | 1,804.17 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 1,804.17 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|   |   |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/J. RICHARD RANSEL

J. Richard Ransel, Trustee

J. RICHARD RANSEL
228 WEST HIGH STREET
ELKHART, IN  46516
(574) 294-7473

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**